# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00388-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

ADRIAN VALDEZ,

      Plaintiff,

v.

CHRISTIAN STOB, Denver Health Medical Center,
CAT METZGER, Denver Health Medical Center, and
DENVER SHERIFF'S DEPARTMENT MEDICAL DEPARTMENT, et al.,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, a Colorado state prisoner, has submitted to the court a Complaint

Pursuant to 42 U.S.C. 1983 and an uncertified copy of his inmate trust fund account

statement for the period from January 11, 2013, through February 11, 2013.  As part of

the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the

documents are deficient as described in this order.  Plaintiff will be directed to cure the

following if he wishes to pursue any claims in this court in this action.  Any papers that

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  <u>xx</u>   is not submitted
(2)  <u>  </u>   is missing affidavit
(3)  <u>xx</u>   is missing certified copy of prisoner's trust fund statement for the 6-month
          period immediately preceding this filing (<u>account statement submitted is
          not certified and does not cover the entire 6-month period</u>)
(4)  <u>  </u>   is missing certificate showing current balance in prison account

(5)     __     is missing required financial information
(6)     xx     is missing authorization to calculate and disburse filing fee payments
(7)     __     is missing an original signature by the prisoner
(8)     __     is not on proper form (must use the court's current form)
(9)     __     names in caption do not match names in caption of complaint, petition or
                habeas application
(10)    xx     other: motion is necessary only if entire $350.00 filing fee is
                not paid in advance.

**Complaint, Petition or Application**:
(11)    __     is not submitted
(12)    xx     is not on proper form
(13)    __     is missing an original signature by the prisoner
(14)    __     is missing page nos. ___
(15)    xx     uses et al. instead of listing all parties in caption
(16)    __     names in caption do not match names in text
(17)    __     addresses must be provided for all defendants/respondents in "Section A.
                Parties" of complaint, petition or habeas application
(18)    __     other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner

Complaint forms (with the assistance of his case manager or the facility's legal

assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED February 14, 2013, at Denver, Colorado.

BY THE COURT:

2

 s/ Boyd N. Boland
United States Magistrate Judge